Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _rohlfing_office@speakeasy.net

Attorneys for Plaintiff  SIA SEECHAN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SIA SEECHAN, | Case No.:   1:09-CV 00610 GSA |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| MICHAEL J. ASTRUE, | |
| Commissioner of Social Security, | |
| Defendant | |

Plaintiff Sia Seechan ("Plaintiff") and defendant Michael Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to December 1, 2009; and that Defendant shall have an extension of time until December 30, 2009, to file his opposition, if any is forthcoming.

1  An extension of time for plaintiff is needed in order to properly address the
2 issues within the administrative record in this matter.  Counsel sincerely apologizes
3 to the court for any inconvenience this may have had upon it or its staff.

4

5 DATE: December 4, 2009          Respectfully submitted,

6                                 LAW OFFICES OF LAWRENCE D. ROHLFING

7                                        /s/ *Steven G. Rosales*
                              BY: _____
8                                 Steven G. Rosales
                                  Attorney for plaintiff SIA SEECHAN
9

10 DATED:  December 4, 2009       Benjamin B. Wagner
                                  United States Attorney
11

12

13                                */S/-*Michael A. Cabotaje*

14                                _____
                                  Michael A. Cabotaje
15                                Special Assistant United States Attorney
                                  Attorney for Defendant
16                                [*Via email authorization]

17

18

19

20

21

22

23

24

25

26

1    IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2 and including December 1, 2009, in which to file Plaintiff's Opening Brief;
3 Defendant may have an extension of time to December 30, 2009 to consider the
4 contentions raised in Plaintiff's Opening Brief, and file any opposition if
5 necessary.  Plaintiff's reply shall be due within fifteen days of the filing of any
6 opposition.
7    IT IS SO ORDERED.
8 DATE: December 4, 2009

                                      /s/ Gary S. Austin
                                      THE HONORABLE GARY S. AUSTIN
                                      UNITED STATES MAGISTRATE JUDGE